IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGGIE MCNAMARA, | : | CIVIL NO. 3:17-CV-2182 |
| Plaintiff, | : | (SAPORITO, M.J.) |
| v. | : | |
| SUSQUEHANNA COUNTY, et al., | : | |
| Defendants | : | |

**<u>ORDER</u>**

AND NOW, this 11th day of May, 2018, upon consideration of the defendants' motion to dismiss (Doc. 9) and consistent with the Memorandum filed contemporaneously herewith, IT IS HEREBY ORDERED AS FOLLOWS:

(1) The defendants' motion to dismiss (Doc. 9) is GRANTED IN PART and DENIED IN PART;

(2) The defendants' motion to dismiss is GRANTED with respect to the individual defendants, Arnold, Warren, and Ely;

(3) All claims against the individual defendants Arnold, Warren, and Ely are DISMISSED WITH PREJUDICE;

(4) The defendants' motion to dismiss is GRANTED with

respect to the plaintiff's request for punitive damages;

(5) The defendants' motion to dismiss is DENIED with respect to the plaintiff's purported failure to allege a tangible employment action; and

(6) The remaining defendant, Susquehanna County, is directed to file its response to the complaint within fourteen (14) days from the date of this Order.

*s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

**Dated: May 11, 2018**