IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MAGGIE MCNAMARA, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:17-cv-02182 |
| v. | (SAPORITO, M.J.) |
| SUSQUEHANNA COUNTY, | |
| Defendant. | |

# **ORDER**

AND NOW, this 17th day of September 2019, upon consideration of the motion for summary judgment (Doc. 27) filed by the defendant, Susquehanna County and the submissions filed in support thereof and in opposition thereto, and in accordance with the accompanying memorandum of this date, IT IS HEREBY ORDERED THAT the motion is DENIED.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE

September 17, 2019