IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAGGIE McNAMARA | CIVIL ACTION |
| Plaintiff | |
| v. | |
| SUSQUEHANNA COUNTY | |
| Defendant | No. 3:17-CV-2182 |

## PRAECIPE TO SETTLE, DISCONTINUE, AND END

To the Clerk of Court:

    Kindly dismiss and discontinue the above-captioned case with prejudice.

    Respectfully Submitted:

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire
Christopher J. Szewczyk, Esquire
Attorneys for Plaintiff

Date:  January 16, 2020

## **CERTIFICATE OF SERVICE**

I, Gerard M. Karam, Esquire, hereby certify that I have served a true and correct copy of the foregoing document via electronic service/ECF system on the 16th day of January, 2020.

/s/ Gerard M. Karam, Esquire
Gerard M. Karam, Esquire